UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JAMES SWINT,

                Plaintiff,

     v.

BLUEBIRD CHECKING COMPANY,
AMERICAN EXPRESS, WALMART
INDUSTRIES,

                Defendants.

CASE NO. **2:26-cv-01318-RAJ**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 4**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 4) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED 6th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 4 - 1